UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DAVID J. MONTOYA, et al.,<br><br>　　　　　Defendant. | No. CV 15-4152 DOC (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that the following claims are dismissed with prejudice:

(1) plaintiff's claim that Does 1-10 and defendants Finander, Swaby, Belavich, Frances, and Walker violated the Eighth Amendment by being deliberately indifferent to his serious medical needs;

(2) plaintiff's claims based on the *Plata v. Brown* decree(s); and

/ / /

(3) plaintiff's claim defendants Finander, Swaby, Belavich, Frances, and Walker violated his due process rights by wrongfully denying his medical grievances.

DATED: May 24, 2017

*David O. Carter*
DAVID O. CARTER
United States District Judge